**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Victoria Palmer*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTORIA PALMER, SUE KIM, and IVAN ZERMENO, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE COCA-COLA COMPANY,**<br><br>**Defendant.** | Case No.: 2:25-cv-04777-GW (CTSx)<br><br>**PLAINTIFF VICTORIA PALMER'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23**<br><br>**Date:** October 1, 2026<br>**Time:** 8:30 a.m.<br>**Courtroom:** 9D, 9th Floor<br>**Judge:** Hon. George H. Wu |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 1, 2026, at 8:30 a.m.[1], before the United States District Court, Central District of California, Courtroom 9D, 9th Floor, of the Felicitas and Gonzalo Mendez United States Courthouse located at 350 W 1st Street, Los Angeles, CA 90012, plaintiff Victoria Palmer ("Plaintiff") will move this Court for an order granting Plaintiff's Motion for Class Certification in this action against defendant The Coca-Cola Company ("Defendant") pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), concerning alleged violations of California's Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750, *et seq.* ("CLRA"); breach of express warranty; intentional misrepresentation; and unjust enrichment.

Plaintiff seeks to certify the following two California-only damages Classes pursuant to Fed. R. Civ. P. 23(b)(3):

> Sprite Class
> All persons in California who purchased one or more of Sprite Lemon-Lime, Sprite (Lemon-Lime) Zero Sugar, Sprite Lymonade, Sprite Chill Strawberry Kiwi, Sprite Tropical Mix, Sprite Cherry, and Sprite Winter Spiced Cranberry, between May 27, 2021 and May 27, 2025, that were marketed or represented as "100% Natural Flavors," whether on the product packaging (label or outer packaging) or in online marketing materials.
>
> Fanta Class
> All persons in California who purchased one or more of Fanta Orange, Fanta (Orange) Zero Sugar, Fanta Strawberry, Fanta Grape, Fanta Pineapple, Fanta Peach, Fanta Piña Colada, and Fanta Berry, between May 27, 2021 and May 27, 2025, that were marketed or represented as "100% Natural Flavors" and/or "100% naturally flavored," whether on the product packaging (label or outer packaging) or in online marketing materials.

[1] Dkt. No. 48.

Excluded from the Classes are fountain drinks, Defendant's officers, directors, and employees, and persons who purchased the Class Products for resale.

This motion is made pursuant to Fed. R. Civ. P. 23(b)(3) on the grounds that the Fed. R. Civ. P. 23 requisites are satisfied. The motion is based upon this notice, the accompanying memorandum of points and authorities, the declarations and exhibits thereto, the First Amended Complaint, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

The motion is made following the meet and confer conference of counsel pursuant to Central District Local Rule 7-3, which occurred on June 18, 2026, during which the parties were unable to resolve any substantive issues.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: June 25, 2026

By:/s/ Jason A. Ibey
Jason A. Ibey
*Attorneys for Plaintiff,*
*Victoria Palmer*