Vinesign Document ID: 5AEB4E5C-B179-4F15-AEC3-8598D8143B00

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Victoria Palmer*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**VICTORIA PALMER, SUE KIM, IVAN ZERMENO, Individually and On Behalf of All Others Similarly Situated,**

**Plaintiffs,**

**v.**

**THE COCA-COLA COMPANY,**

**Defendant.**

Case No.: 2:25-cv-04777-GW (CTSx)

**DECLARATION OF VICTORIA PALMER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**



The signed document can be validated at https://app.vinesign.com/Verify

I, VICTORIA PALMER, declare:

1. I am a named Plaintiff in this proposed class action against Defendant The Coca-Cola Company ("Coca-Cola" or "Defendant"). If called as a witness, I would competently testify to the matters herein from personal knowledge.
2. I am a senior citizen, over 70 years of age, and a resident of Northridge, California. I have been a resident of Northridge, California, for several years.
3. I submit this declaration in support of the Motion for Class Certification.
4. Through my attorneys, I filed the lawsuit against Coca-Cola on May 27, 2025, for the purpose of redressing what I believe to be a misleading and improper practice of Coca-Cola in marketing its Sprite and Fanta brand of beverage products ("Class Products") with the representation that those products are made with "100% Natural Flavors" (or similar language), and to seek reasonable compensation for myself and other persons who have purchased the Class Products.
5. On April 27, 2025, I reviewed the separate webpages for the Sprite Lemon-Lime Mini-Can 7.5 oz, 10-pack ("Sprite Product") and Fanta Orange 7.5 oz, 10-pack ("Fanta Product") on Amazon.com.
6. While reviewing the Sprite Product's webpage on Amazon.com, I remember noticing an image of the Sprite Product's packaging with the statement "100% Natural Flavors." I also noticed the statement "No Caffeine." These two statements were important to me in making the decision to purchase the Sprite Product.
7. I remember reviewing on the Fanta Product's webpage on Amazon.com an image of the Fanta Product's packaging with the statement "100% Natural Flavors." This statement was also important to me in making the decision to purchase the Fanta Product.
8. After reviewing the webpages on Amazon.com, I purchased one 10-pack of

the Sprite Product and one 10-pack of the Fanta Product using my Visa debit card ending in 0247, paying $5.98 for each of the two 10-packs, not including shipping and taxes.

9. I made the purchase on Amazon.com because I was an Amazon.com Prime member and could receive fast shipping. I intended for the Sprite Product and Fanta Product to be used for a family gathering.

10. When I made the purchase of the Sprite Product and Fanta Product, I believed that the statement "100% Natural Flavors" meant that all of the ingredients that provided flavor to the sodas were in fact "natural."

11. At the time I made the Amazon.com purchase on April 27, 2025, I was in Northridge, California.

12. I received delivery of the Sprite Product and Fanta Product on April 28, 2025.

13. A couple of days later, I had a discussion with my son, who lives with me and provided care to me, about the products. Based on that discussion, I learned information leading me to understand that the "100% Natural Flavors" representation may not actually be true, which caused me to feel deceived and upset.

14. I learned that, for example, the citric acid in the Sprite Product and Fanta Product was likely not from natural sources but was instead likely manufactured.

15. I believe that other purchasers of the Class Products likely felt deceived by Coca-Cola's marketing, and I decided to pursue legal action, including based on advice of legal counsel.

16. I signed an attorney-client agreement with the law firm Kazerouni Law Group, APC, to be a proposed class representative to protect the interests of other consumers who purchased the Class Products.

17. I reviewed and approved a draft of the Complaint before the lawsuit was filed.

I also reviewed the details of the proposed First Amended Complaint before that document was filed with the court. This included signing a new document to correct a date on the declaration that I had signed relating to the initial Complaint.

18. I am aware from my attorneys of the responsibilities of a class representative. I understand these responsibilities, and I continue to be willing and prepared to put the interests of the class before my own, such as only agreeing to a settlement or result that is fair to the class members.

19. I have participated in the lawsuit with the belief that I am looking after the interests of other purchasers of the Class Products. I have kept in regular contact with my attorneys; reviewed important documents; assisted with responding to several burdensome discovery requests from Defendant (which required many hours of my time); appeared in-person for my deposition in Los Angeles, California, which lasted several hours on April 15, 2026; and located and produced many pages of documentation such as a bank statement, purchase receipt, and photographs of the Sprite Product and Fanta Product that were delivered to me by Amazon.com.

20. As part of my dedication to this case, I even took the time to obtain a note from my doctor to be used to oppose Coca-Cola's motion to transfer this lawsuit to Georgia. I understand that Coca-Cola's motion to transfer was denied.

21. To my knowledge, I have no conflicts of interest with other class members, who I understand are people in California who purchased the Sprite and Fanta beverages represented as being made with "100% Natural Flavors" or similar language over a period of four years, May 27, 2021 to May 27, 2025. I understand that the lawsuit currently involves only purchases of the Class Products by persons in California.

22. I respectfully request to be appointed as representative for the class members in this case.

23. To my knowledge, I have no conflicts of interest with my attorneys in this case at Kazerouni Law Group, APC.

24. I believe my attorneys at Kazerouni Law Group, APC, are experienced in representing consumers in class action cases, and I respectfully request that they be appointed to represent the class members.

25. I understand that if I am appointed as class representative that I may receive a service award for my efforts in representing the class members, but that such an award is up to the discretion of the court.

**EXHIBITS**

26. Attached as **Exhibit A** is a true and correct copy of excerpts of the transcript of my deposition that was taken in this matter on April 15, 2026.

27. Attached hereto as **Exhibit B** is a true and correct copy of a redacted version of my purchase receipt for the Sprite Product and Fanta Products (among other items) on April 27, 2025, which I understand was produced in discovery and designated as PALMER000193-194.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on 06/22/2026.

By: V E Palmer

Victoria Palmer