# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA PALMER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Coca-Cola. | Case No.: 2:25-CV-04777-GW-CTS |

**EXPERT REPORT OF R. SUKUMAR, Ph.D. — CONSUMER MATERIALITY AND PERCEPTION**

**Optimal Strategix Group, Inc.**

**June 24, 2025**

# TABLE OF CONTENTS

I. INTRODUCTION ........ 4

A. Background and Qualifications ........ 4

B. Scope of Assignment ........ 6

C. Compensation ........ 8

D. Materials Considered ........ 8

II. SUMMARY OF OPINIONS REGARDING CONSUMER PERCEPTION AND MATERIALITY ........ 9

III. METHODS AND RESULTS OF CONSUMER PERCEPTION AND MATERIALITY SURVEY ........ 10

A. Overview of Methods ........ 10

B. Sample and Pre-testing ........ 10

C. Survey ........ 11

D. Analysis and results ........ 14

1. Importance of Natural Flavors ........ 14

2. Consumer Belief Regarding Natural Flavors ........ 15

IV. INTRODUCTION OF CONJOINT REPORT ........ 18

A. Overview of Conjoint Analysis ........ 18

B. Materials Considered ........ 21

V. METHOD OF CONJOINT ANALYSIS ........ 22

A. Overview of Method ........ 22

B. Conjoint Analysis ........ 25

1. Feature selection ........ 25

2. Feature descriptions ........ 25

3. Sample and pre-testing ........ 27

4. Survey ........ 27

5. Analysis of survey and method to calculate results ..................... 29

VI. CONCLUSION ..................................................................................... 30

# I. INTRODUCTION

## A. Background and Qualifications

My name is Ramamirtham Sukumar, and I am the Chief Executive Officer of Optimal Strategix Group, Inc., which is a customer value analytics consulting company focused on offering strategic market research and marketing consulting, and understanding market and consumer expectations on how choices are made and the trade-off between value offered and price paid. I have served as a consultant for many Fortune 500 companies, helping clients measure and understand the value to customers of the products and services they offer. My Curriculum Vitae, which includes a list of my publications from the last ten years and all cases in which I have testified during the last four years, is attached hereto as **Appendix A**.

I hold an MBA and a Ph.D. in Marketing and Statistics from the University of Pittsburgh. I also hold a Bachelor of Technology in Mechanical Engineering from the Indian Institute of Technology, Kharagpur, India (graduated with distinction and honors).

I have held teaching and academic research positions at the University of Houston – C. T. Bauer School of Business, Rice University – Jones School of Management, Thunderbird – American Graduate School of International Management, and have served as the academic associate Dean at the Indian School of Business, a joint collaboration of University of Pennsylvania, Northwestern University, and London School of Business. At these Universities, I have taught several courses for MBA and EMBA students including Marketing Research, Global Product Development, and Analysis for Strategic Marketing, Marketing Management, and advanced courses in Statistics and Marketing. I have also taught students in the Ph.D. program courses in Advanced Mathematical Models in Marketing Science and Readings in Marketing Science.

I have authored articles that have been published in Management Science and the Handbook of Marketing Research.[1] I have been a member of the American Marketing Association, American Statistical Association, and the Institute for Operations Research and Management Sciences.

As Founder and Chief Executive Officer of the Optimal Strategix Group, I have directed over 2000 engagements since 2008, all of which have used survey research as the method of understanding customer value. Under my supervision, Optimal Strategix Group specializes in conducting quantitative studies focused on consumer perception and decision-making behavior, completing over 100 such studies annually across multiple industries. Examples of some of the companies that have hired Optimal Strategix Group to perform such studies include Hewlett Packard (printers), Samsung (smartphones), Johnson and Johnson (pharmaceuticals), Briggs and Stratton (lawn mowers), Nestle (bottled water), Exxon/Mobile (oil and gas), Medtronic, BD, Boston Scientific, Beckman Coulter (Medical Devices), eBay (online eCommerce), Amazon (Financial Services), Red Bull (Beverages), BET/CBS/Viacom (Media), among others.

I have served as an expert witness in multiple lawsuits, conducting survey research for cases that have involved patent infringement and consumer misrepresentation. A list of my recent testifying experiences is included with my Curriculum Vitae. I have been deposed in all of these cases and have testified in a few of these cases in the courts in San Jose, California and Seattle, Washington. In my work on this project, I was assisted by others at Optimal Strategix Group, including Professor V. “Seenu” Srinivasan, our Chief Research Advisor. Dr. Srinivasan is also the Adams Distinguished Professor of Management, Emeritus at the Graduate School of Business, Stanford University in Stanford, California. Dr. Srinivasan has authored or co-authored eighty

[1] Rajeev Kohli and R. Sukumar (1990), Heuristics for Product-Line Design Using Conjoint Analysis, *Management Science*, 36 (12), pp. 1464-1478.

articles in peer-reviewed journals in the areas of marketing research, new product development, marketing models, management science, operations research, applied mathematics, and psychometrics. He has won sixteen awards in the fields of marketing research, marketing models, management science, and operations research.

### B. Scope of Assignment

I have been retained by counsel for Plaintiff in this matter to assess: (1) the materiality and consumer perception relating to the labelling of Defendant The Coca-Cola Company's ("Coca-Cola") Sprite and Fanta brand of beverage products as containing the "100% Natural Flavors" claim; and (2) whether conjoint analysis may be used to reliably determine the overpayment by consumers, if any, attributable to Coca-Cola's representation regarding the use of '100% Natural Flavors' in its Sprite and Fanta beverage products, as alleged in Plaintiff's Complaint. This report addresses both assignments described above.[2]

Based on my experience and expertise as a market research expert, the claims "100% Natural Flavors" and "100% Naturally Flavored" are reasonably interpreted by consumers as conveying the same representation regarding the source of the beverage's flavoring. Accordingly, my findings regarding the "100% Natural Flavors" claim are equally applicable to Defendant's use of the "100% Naturally Flavored" claim on its products.

Throughout this report, the terms 'beverage products' and 'carbonated soft drinks' are used interchangeably. Additionally, any reference to Coca-Cola's beverage products or carbonated soft

[2] I understand that the Court has limited the scope of discovery to matters related to class certification inquiries only. Dkt. No. 57. Accordingly, in this Report, I provide details of the conjoint that I would conduct at the merits stage of the case.

drinks refers collectively to the Sprite and Fanta products alleged in Plaintiff's Class Action Complaint in this matter.[3]

With respect to the first assignment, I present my opinions regarding consumer perception and the materiality of Coca-Cola's '100% Natural Flavors' representation on beverage products, based on a consumer survey that I designed and that was conducted under my direction. Specifically, with respect to materiality, I tested the importance to consumers' purchasing decisions of

a. the use of 100% natural flavors in carbonated soft drinks generally, and
b. the labeling claim stating that the beverage is made with 100% natural flavors.

Regarding consumer perception, I evaluated whether consumers believe that 100% of the ingredients contributing to the flavor of Coca-Cola's beverage products are from natural sources, consistent with the '100% Natural Flavors' representation on the label or outer packaging, and, for respondents holding that belief, what specifically on the label or outer packaging led them to believe it. The survey methodology, analysis, and results are set forth in Section III below.

With respect to the second assignment, I set forth my opinions regarding whether a reliable method exists to quantify the incremental willingness to pay, if any, attributable to Coca-Cola's '100% Natural Flavors' representation, as alleged in Plaintiff's Complaint, specifically through the use of conjoint analysis. This analysis is presented as an independent study in Section V, including its own discussion of methodology, survey design, and expected results.

I show that conjoint analysis can be used to reliably determine a measurable overpayment per pack of cans or bottle, relating to the number of beverages purchased. Specifically, the conjoint analysis will determine the amount consumers are willing to pay for a substantially

[3] I understand that Plaintiff intends to seek class certification of the beverage products identified in ¶¶ 11 and 16 of the First Amended Complaint, for a total of fifteen products (inclusive of various sizes).

similar beverage with "100% Natural Flavors" and/or "100% naturally flavored" as compared to one without them. This difference in willingness to pay, represents the value consumers place on the use of 100% natural flavors in their beverages. The data from the conjoint survey can then be provided to Plaintiff's economist, who will calculate the per-pack or per-bottle incremental willingness to pay and apply it to determine the total overpayment per pack or bottle.

### C. Compensation

Optimal Strategix Group is receiving a flat fee of $65,000 for the two assignments described above. The flat fee covers the preparation of this report, and all work performed in the preparation thereof. Any additional time I spend in connection with testifying is charged at my regular hourly billing rate of $1,000. This compensation is not contingent on obtaining any particular outcome for the study addressed herein, on reaching any particular opinions, or on the outcome of this matter.

### D. Materials Relied Upon

In forming the opinions expressed in this report, I considered the following materials:

- Documents produced in this litigation showing product label and packaging images of various Coca-Cola products[4];
- Products and representations made by Coca-Cola on its website[5];
- The Complaint and First Amended Complaint filed in this case[6];
- Transcript of Hearing held on October 9, 2025[7];

---

[4] TCCC_0000510-539.

[5] Sprite, Coca-Cola, https://www.coca-cola.com/us/en/brands/sprite/products (last accessed May 19, 2026); Fanta, Coca-Cola, https://www.coca-cola.com/us/en/brands/fanta/products (last accessed May 19, 2026)

[6] Complaint, *Palmer v. The Coca-Cola Co.*, No. 2:25-cv-04777 (C.D. Cal. May 27, 2025), ECF No. 1; First Amended Complaint, *Palmer v. The Coca-Cola Co.*, No. 2:25-cv-04777 (C.D. Cal. May 27, 2025), ECF No. 52.

[7] Reporter's Transcript of Defendant's Motion to Transfer and Motion to Dismiss the Complaint, held October 9, 2025, in the matter of *Palmer v. The Coca-Cola Company*, No. CV 25-4777 (C.D. Cal.).

- Product label and packaging images of Sprite and Fanta products obtained by counsel for Plaintiff;
- Consumer survey [redacted] produced by Coca-Cola in discovery in this case[8];
- Academic literature relevant to consumer interpretation of product label claims.[9]

## II. SUMMARY OF OPINIONS REGARDING CONSUMER PERCEPTION AND MATERIALITY

1. The use of 100% natural flavors in carbonated soft drinks is a significant factor in consumer purchasing decisions. In my survey, 93.5% of survey respondents indicated that the presence of 100% natural flavors is important to their purchasing decision.

2. Having a label that clearly communicates whether all of the flavors in a carbonated soft drink are from natural sources is also a significant factor in consumer decision-making. Of the respondents referenced above who indicated that 100% natural flavors was important to their purchasing decision, 100% indicated that it was of at least some importance to them that a carbonated soft drink's label clearly communicates whether all of the flavors are from natural sources.

3. Consumers perceive there is a relationship between the representation of natural flavors on the labels or outer packaging of Coca-Cola's products and the actual use of natural flavors. The overwhelming majority of survey respondents—approximately an average of 82.4%—indicated that they believe 100% of the ingredients contributing to the flavor of Sprite products are from natural sources, with 99.8% of those respondents attributing this belief to the

---

[8] TCCC_0000157-160.

[9] Bruce P. Keller, *Survey Evidence in False Advertising Cases*, in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design* (Shari Seidman Diamond & Jerre B. Swann eds., 1st ed. 2012); Roger Tourangeau & Shari Seidman Diamond, *Internet Surveys for Evaluating Trademark Infringement and Deceptive Advertising*, in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design* 287 (Shari Seidman Diamond & Jerre B. Swann eds., 1st ed. 2012).

label's "100% Natural Flavors" statement. Further, an average of approximately 79.3% of survey respondents indicated that they believe 100% of the ingredients contributing to the flavor of Fanta products are from natural sources, with 29.5% of those respondents attributing this belief to the "100% Natural Flavors" statement on the label or outer packaging, 43.4% attributing it to the label's "Naturally Flavored" statement, and 27.1% attributing it to both statements appearing on the label or outer packaging. Thus, on average, 56.6% of the respondents attributed their belief that 100% of the ingredients contributing to the flavor of Fanta products are from natural sources to at least the "100% Natural Flavors" statement on the label or outer packaging.

## III. METHODS AND RESULTS OF CONSUMER PERCEPTION AND MATERIALITY SURVEY

### A. Overview of Methods

The consumer survey was designed to (a) determine the importance to consumers' purchasing decisions of the inclusion of the "100% Natural Flavors" claim on beverage product labels, and (b) assess the extent to which reasonable consumers interpret the "100% Natural Flavors" representation advertised on Coca-Cola's beverage products. The design of the questionnaire was conducted under my supervision by my firm, Optimal Strategix Group. Optimal Strategix Group also conducted pre-tests and supervised the web-based data collection. Data analysis was conducted by Optimal Strategix Group under my supervision.

### B. Sample and Pre-testing

The survey targeted adult consumers (ages 18+) who had purchased carbonated soft drinks in the past 30 days prior to taking the survey. This population was selected as it represents the relevant class of consumers who would encounter and potentially rely upon the packaging claims at issue. My goal was to collect data from at least 500 adult consumers who had purchased carbonated soft drinks in the state of California. The sample of respondents was

provided by a leading on-line sample provider that maintains a panel of 2.5 million respondents. Invitees were each offered points to participate in the survey.

Respondents were screened out if, in the past 90 days, they had taken a survey relating to the food & beverage or food/grocery retailer sector. It is best to screen out these respondents as they may remember similar confidential information from a previous survey that could bias their answers. Respondents who did not agree to keep the survey confidential, or if they did not commit to giving their best efforts in the study were also screened out.

Pretests were conducted with 25 respondents before starting online data collection. The pretest interviews were conducted by recruiting respondents via phone and inviting them to complete the surveys on their personal computer. Optimal Strategix Group uses well-trained moderators to complete pretests and complete this work according to standard practices. Staff at Optimal Strategix Group, Inc. routinely conduct pretests for other commercial studies and follow the same high standards in quality while completing the pretests. Moderators questioned the respondents to evaluate if there were any areas of concern. No respondent identified any issues with understanding the questions asked, or any of the product label images that were shown along with a few of the questions.

**C. Survey**

As part of the survey, I collected basic demographic information from each respondent (gender, age, race, income etc.).

After providing demographic information and qualifying for the survey respondents were entered into a short questionnaire.

Respondents answered a series of neutral, non-leading questions, including the following questions, as shown in the images below:

When deciding to purchase carbonated soft drinks, different product characteristics may be important to you.

Please allocate 100 points across the following attributes based on their importance in your purchasing decision.

*(Attributes that are more important to you should receive more points. The total must equal exactly 100 points.)*

| | **Importance** (in Points) |
|---|---|
| Flavor | 0 |
| Packaging | 0 |
| Size/volume | 0 |
| Calorie content per serving | 0 |
| 100% natural flavors | 0 |
| Reputation of the brand | 0 |
| Price | 0 |
| Caffeine free | 0 |
| Others (please specify) | |
| | Total: 0 |

Next »

You mentioned that 100% natural flavors is important in your purchasing decision for carbonated soft drinks.

Please indicate below how important it is to you that a carbonated soft drink's label clearly communicates whether all of the flavors are from natural sources?

*(Please select one)*

| | **1 = Not Important at All** | **2 = Slightly Important** | **3 = Moderately Important** | **4 = Very Important** | **5 = Extremely Important** |
|---|---|---|---|---|---|
| Importance of the carbonated soft drink being made with 100% natural flavors | ○ | ○ | ○ | ○ | ○ |

Next »

Respondents were then shown images of product labels or outer packaging for Coca-Cola's beverage products and asked a series of neutral, non-leading questions, including those set forth in the sample images below:

Please carefully review the labels below for a pack of ten 7.5 FL OZ (222 ml each) carbonated soft drink cans and answer the following question.

*Tap or click on the image to zoom in for a closer look*




Based only on what you saw on the label shown above, do you believe that 100% of the ingredients contributing to the flavor are from natural sources?

*(Please select one)*

- Yes
- No

Next »

Respondents who indicated that they believe 100% of the ingredients contributing to the flavor of the beverage are from natural sources were then asked what specifically on the label led them to that belief, as set forth in the sample images below:

Please carefully review the labels below for a pack of ten 7.5 FL OZ (222 ml each) carbonated soft drink cans and answer the following question.

*Tap or click on the image to zoom in for a closer look*




You indicated that you believe 100% of the ingredients contributing to the flavor are from natural sources. What specifically on the label above led you to that belief?

*(Please select one)*

- The label stated "100% Natural Flavors"
- Something else on the label (please specify)

The full list of survey questions is available in **Appendix B**.

**D. Analysis and results**

The survey was completed by 648 California consumers who had purchased carbonated soft drinks within the 30 days preceding the survey.

A representative sample was invited to participate in the survey. Respondents were invited through a random invitation process from the leading on-line sample provider. Respondents who did not qualify for the survey, including those who were not residents of California, were screened out and terminated from the survey.

The survey results demonstrate:

**1. Importance of Natural Flavors**

The inclusion of the “100% Natural Flavors” claim on carbonated soft drink label or outer packaging is highly important to consumers. Overall, 93.5% of survey respondents

indicated that "100% Natural Flavors" is important to their purchasing decision for carbonated soft drinks. Further, of those respondents, 100% indicated that the inclusion of this claim on the label or outer packaging was of at least some importance to their purchasing decision.

Among the survey respondents who indicated that beverages containing 100% natural flavors can influence their purchasing decision, the following reflects how they rated the importance of a carbonated soft drink's label clearly communicating whether all the flavors are from natural sources:

- Extremely Important: 51.5%
- Very Important: 36.3%
- Moderately Important: 9.5%
- Slightly Important: 0.8%
- Not Important at all: 0%

**2. Consumer Belief Regarding Natural Flavors**

Approximately 80.8% of survey respondents indicated they believe that 100% of the ingredients contributing to the flavor of Coca-Cola's beverage products are from natural sources based on the label or outer packaging shown, with the overwhelming majority of those respondents attributing this belief to a statement on the product label or outer packaging. The findings by product are as follows:

- **Sprite Beverage Products:** Approximately 82.4% of respondents indicated they believe that 100% of the ingredients contributing to the flavor of Sprite products are from natural sources, with 82.3% of those respondents attributing this belief to the product's "100% Natural Flavors" statement on the label or outer packaging;

- **Fanta Beverage Products:** Approximately 79.3% of respondents indicated they believe that 100% of the ingredients contributing to the flavor of Fanta products are from natural sources, with 23.4% of those respondents attributing this belief to the label's "100% Natural

Flavors" statement, 34.4% attributing it to the label's "Naturally Flavored" statement, and 21.5% attributing it to both the "100% Natural Flavors" and "Naturally Flavored" statements appearing on the label or outer packaging. Thus, 56.6% of the respondents attributed their belief that 100% of the ingredients contributing to the flavor of Fanta products are from natural sources to at least the "100% Natural Flavors" statement on the label or outer packaging.

The following table summarizes survey respondents' beliefs regarding whether 100% of the ingredients contributing to the flavor of Coca-Cola's beverage products are from natural sources, and their attribution of that belief to specific statements on the product label or outer packaging:

| **Product Type & Label** | **Sample Size (n)** | **% of Respondents who believe 100% of the ingredients contributing to the flavor are from natural sources** | **Margin of error (+/-)** | **What specifically on the label led to the belief that 100% of the ingredients contributing to the flavor are from natural sources (% of respondents)** | | | |
|---|---|---|---|---|---|---|---|
| | | | | **"100% Natural Flavors"** | **"Naturally Flavored"** | **Both "100% Natural Flavors" and "Naturally Flavored"** | **Something else on the label** |
| Sprite 7.5 FL OZ can (10 pack) | 648 | 82.7% | 3% | 82.6% | | | 0.2% |
| Fanta 7.5 FL OZ can (10 pack) | 648 | 79.6% | 3% | 23.6% | 35.2% | 20.8% | |
| Sprite 20 FL OZ bottle | 648 | 82.1% | 3% | 81.9% | | | 0.2% |
| Fanta 20 FL OZ bottle | 648 | 78.9% | 3% | 23.1% | 33.6% | 22.1% | |

Note: n=1 respondent selected "Something else on the label" for both Sprite SKUs tested in the survey and specified "LEMON LIME" as the reason for the belief that 100% of the ingredients contributing to the flavor are from natural sources.

## IV. INTRODUCTION OF CONJOINT REPORT

### A. Overview of Conjoint Analysis

One potential method to determine the incremental amount consumers are willing to pay for carbonated soft drinks advertised as containing "100% Natural Flavors" as compared to those that are not so advertised is conjoint analysis. As discussed below, conjoint analysis is a widely accepted consumer survey method used to measure the value consumers place on particular product attributes and representations.

Generally, conjoint analysis addresses the problem of measuring how much consumers value a particular feature of a product that has a number of features. Before conjoint analysis was developed, one approach was to ask consumers directly how much they would pay for a particular feature of a product of interest. For example, we might ask a consumer how much they would pay to have a leather interior for their next car. But research has shown that if we ask consumers directly how much they value a feature, we are likely to get inaccurate answers (answers that do not accurately predict the choices consumers will actually make). This may be because consumers sometimes have reasons to misrepresent what they really care about. For example, in one study, when MBA students were asked directly what factors were important in their job choice, they ranked salary as the sixth most important factor. But a conjoint analysis indicated that salary was the number one factor in their job choice.[10]

---

[10] Paul E. Green and V. Srinivasan (1990), Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice, *The Journal of Marketing*, 54 (4), pp. 3- 19, referencing David B. Montgomery (1986), Conjoint Calibration of the Customer/Competitor Interface in David T. Wilson (eds.), Industrial Marketing: A German American Perspective, Berlin: Springer-Verlag, pp. 297-319.

In conjoint analysis, consumers are not asked directly what value they place on a particular feature; rather consumers indicate how much they value a particular feature through their product choices. Conjoint analysis works by asking consumers to make a series of trade-offs between different product features or trade-offs between products with different bundles of features. The trade-offs may also include different product prices. For example, for a conjoint study on the features of cars, consumers may be asked to choose between three cars with the following features, holding all other features equal. Each consumer would be asked 15 choice questions similar to the following example:[11]

| | **Car 1** | **Car 2** | **Car 3** |
|---|---|---|---|
| Heated seats | ✓ | | ✓ |
| Price of $500 | | ✓ | |
| Premium sound system | ✓ | | |
| Leather interior | | ✓ | ✓ |

When choosing a car option, consumers make trade-offs between the different feature sets and the price. By mathematically analyzing the trade-offs that consumers make between features and price, conjoint analysis can determine the value that consumers place on individual features of a product (even when those features are not priced separately in the market).

Conjoint analysis has been the subject of published research for the past 42 years and is now widely accepted and used as a method to measure the value that consumers place on product features.  Over 18,000 conjoint projects are conducted worldwide each

[11] This example uses a Choice-Based-Conjoint design.

year.[12] For example, conjoint analysis has been used by well-known companies such as AT&T, IBM, American Airlines, the US Navy, Polaroid, Marriott Hotels, and Shell Oil to study the value that consumers place on product features.[13] Conjoint analysis has also been used for measuring the value of the patented features of products for purposes of determining damages in patent infringement suits, including by Apple, Motorola, Microsoft, among others.[14]

Conjoint analysis has a number of additional advantages for measuring the value that consumers place on a particular feature of a product:

- Conjoint analysis puts the feature of interest in the context of other features. This avoids artificially focusing the respondent's attention on a single feature of the product;

- Conjoint analysis asks survey respondents to make trade-offs between features and price;

- Conjoint analysis does not just ask one question of a survey respondent but instead asks a series of questions. By asking a series of questions, it produces more accurate results;

- Conjoint analysis is suitable for evaluating complex products with many features. For example, in one study, Marriott hotels successfully used mixed conjoint approaches to test 50 different features of a hotel chain;[15] and

- To determine the value of a single feature of a product, a conjoint analysis does not need to include every product feature. Rather, consumers can be given a set of comparison features and asked to hold all other features constant. For example, to measure the value of heated seats in a car, consumers can be asked to hold the performance features of the car constant (e.g. horsepower and gas mileage) and evaluate car interior features like heated seats, a sunroof, and a premium sound system. This allows conjoint analysis to determine the value of a single feature of a complex product

[12] Bryan K. Orme (2014), Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research, Glendale, CA: Research Publishers, p. 143.

[13] Paul E. Green et al. (2001), Thirty Years of Conjoint Analysis: Reflections and Prospects, *Interfaces*, 31, p. S67 (Table 3).

[14] *Apple, Inc. v. Samsung Electronics Co.,* No. 11-CV-01846-LHK, 2012 WL 2571332, at *10 (N.D. Cal. June 30, 2012); Apple*, Inc. v. Samsung Electronics Co.,* No. 12-CV-00630-LHK, 2014 WL 794328, at *16 (N.D. Cal. Feb. 25, 2014).

[15] Paul E. Green et al. (2001), *Thirty Years of Conjoint Analysis: Reflections and Prospects, Interfaces 31*, p. S68.

without overwhelming consumers by requiring them to compare every product feature.

The external validity (ability to predict real-world product choices) and internal validity (the internal predictability of the results) of conjoint methods have been demonstrated repeatedly. For example:

- Oded Netzer and V. Srinivasan (2011), "Adaptive Self-Explication of Multi-Attribute Preferences," *Journal of Marketing Research*, 48, pp. 140-156;
- Paul E. Green et al. (2001), Thirty Years of Conjoint Analysis: Reflections and Prospects, *Interfaces*, 31, S68 (describing how the EZ-Pass project used conjoint analysis to predict consumers' actual preferences for EZ-Pass tags to automatically pay highway tolls);
- Paul E. Green and V. Srinivasan (1990), "Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice," *Journal of Marketing*, 54 (4), pp. 3-19.

### B. Materials Relied Upon

In forming the opinions expressed in this report, I considered the following materials:

- Documents produced in this litigation showing product label and packaging images of various Coca-Cola products[16];
- Products and representations made by Coca-Cola on its website[17];
- The Complaint and First Amended Complaint filed in this case[18];
- Transcript of Hearing held on October 9, 2025[19];

[16] TCCC_0000510-539.

[17] Sprite, Coca-Cola, https://www.coca-cola.com/us/en/brands/sprite/products (last accessed May 19, 2026); Fanta, Coca-Cola, https://www.coca-cola.com/us/en/brands/fanta/products (last accessed May 19, 2026)

[18] Complaint, *Palmer v. The Coca-Cola Co.*, No. 2:25-cv-04777 (C.D. Cal. May 27, 2025), ECF No. 1; First Amended Complaint, *Palmer v. The Coca-Cola Co.*, No. 2:25-cv-04777 (C.D. Cal. May 27, 2025), ECF No. 52.

[19] Reporter's Transcript of Defendant's Motion to Transfer and Motion to Dismiss the Complaint, held October 9, 2025, in the matter of *Palmer v. The Coca-Cola Company*, No. CV 25-4777 (C.D. Cal.).

- Product label and packaging images of Sprite and Fanta products obtained by counsel for Plaintiff;
- Consumer survey of [redacted] produced by Coca-Cola in discovery in this case[20];
- Academic literature relevant to consumer interpretation of product label claims;[21]

## V. METHOD OF CONJOINT ANALYSIS

### A. Overview of Method

To measure the amount consumers are willing to pay for a carbonated beverage flavored with 100% natural flavors, I will use a research approach referred to as conjoint analysis. The results of the survey will be used, in conjunction with a generally accepted statistical technique or analytical approach, to calculate the incremental willingness to pay as described above. As mentioned above, I use the term willingness to pay' to mean the incremental amount consumers are willing to pay for a carbonated soft drink that contains natural flavors compared to an otherwise identical drink that does not.

To compute the incremental willingness to pay, Choice-Based-Conjoint needs to include a price attribute. For the price attribute, Choice-Based-Conjoint can vary the price of the entire product or use the price of a group of features. I will represent the price as the maximum likely price for the bundle of attributes. Using the maximum likely price of the bundle of attributes is advantageous when the value of the feature of interest is expected to be a relatively small fraction of the overall price of the "the Product".

---

[20] TCCC_0000157-160.

[21] Bruce P. Keller, *Survey Evidence in False Advertising Cases*, in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design* (Shari Seidman Diamond & Jerre B. Swann eds., 1st ed. 2012); Roger Tourangeau & Shari Seidman Diamond, *Internet Surveys for Evaluating Trademark Infringement and Deceptive Advertising*, in *Trademark and Deceptive Advertising Surveys: Law, Science, and Design* 287 (Shari Seidman Diamond & Jerre B. Swann eds., 1st ed. 2012).

The price of smaller feature bundles and consumer incremental willingness to pay have been used in peer-reviewed conjoint studies.[22] Using an actual dollar figure for the price (rather than a percentage) also makes it easier for survey respondents to understand the price they are likely to pay to receive a premium for enhanced features if the improved features in the choice task are available (e.g. a $10 price is easier to understand than a 5% price increase on a $40 product).

To optimize the Choice-Based-Conjoint phase, it would be advantageous to identify four to five features of "the product" that are in similar value. When a Choice-Based-Conjoint design tests more than six features, the valuation of choice options can become overwhelming to participants, and it may produce unreliable or inaccurate results.[23] Accordingly, it would be best to limit the Choice-Based-Conjoint study to six total features in each choice set (the feature of interest, four distractor features, and a price for the bundle of features). For distractor features, it is best to use features that are of similar value as the feature of interest (Flavoring source).

It is also desirable to identify a price for the bundle of features that is in the same general neighborhood of the value that consumers would place on a drink made with 100% natural flavorings as compared to a generic drink. If the price used in Choice-Based-Conjoint is much too large relative to the true value of the bundle of attributes including the beverages with 100% natural flavors, it can downwardly bias the value of drinks made with 100% natural flavors. Likewise, if the price used for Choice-Based Conjoint is much

---

[22] R. Harrison et al. (1998), A Conjoint Analysis of New Food Products Processed from Underutilized Small Crawfish, *Journal of Agricultural and Applied Economics,* 30 (2), pp. 257-265 (using a percentage price discount as an attribute).

[23] Paul E. Green and V. Srinivasan (1990), Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice, *Journal of Marketing,* 54 (4), pp. 3-19.

too small relative to the true value of the bundle of attributes including the value of a drink made with 100% natural flavors, it can upwardly bias the value of drinks made with 100% natural flavors. For example, if I used a one cent price level, it might make the flavoring source (100% natural or other options) more important in comparison to this trivial price. And if I used a $100 price level, it could make the flavoring source (100% natural or other options) relatively unimportant in comparison to such an extreme price point.

To gain an understanding of how shoppers think about and make their carbonated soft drink purchases, I will conduct pre-survey interviews among shoppers of carbonated soft drinks who have purchased carbonated soft drinks within the past 30 days. Participants will be asked about how they chose their carbonated soft drink and what attributes drove their decisions. The interviews will be small-sample, qualitative research and will not be intended to draw conclusions about all shoppers or place any valuation on the belief that 100% of the ingredients contributing to the flavor are from natural sources. Moderators at Optimal Strategix Group are trained to conduct these interviews and provide me with verbal guidance on consumer reactions to how they choose their carbonated soft drinks. No notes or recordings would be maintained for these interviews, as this is standard practice, recognizing the exploratory nature of the information provided.

To measure the incremental amount consumers are willing to pay for carbonated soft drinks advertised with "100% Natural Flavors" and/or “100% naturally flavored” statements, I conclude that it would be reasonable to draw a sample of carbonated soft drink purchasers who have purchased carbonated soft drinks within the past 30 days. The design of the questionnaire would be conducted under my supervision by my firm, Optimal Strategix Group. Optimal Strategix Group would also conduct pre-tests for the study and

supervise the web-based data collection. Data analysis would also be conducted by Optimal Strategix Group under my supervision.

The following sections describe the design I intend to use for this study based on my current understanding of the facts involved in the Lawsuit based on Plaintiff's First Amended Complaint. I reserve the right to update my methodology based on new facts or data that may subsequently be provided to me.

### B. Conjoint Analysis

#### 1. Feature selection

I will select four distractor attributes from among the features commonly found on carbonated soft drink packaging, similar in value or importance to the "100% Natural Flavors" representation. The goal in selection is to identify a reasonably broad array of carbonated soft drink attributes that would potentially include attributes of greater and lesser value than the flavoring representation. I will use my expertise and understanding of conjoint analysis, in conjunction with the debrief on the pre-survey interviews and a review of current carbonated soft drink product packaging and websites, to select the attributes to include in the survey.

#### 2. Feature descriptions

Multiple carbonated soft drinks brands describe the additional features of their product to consumers on their websites. Thus, I will adapt my descriptions of the distractor features from Coca-Cola's own brand, and other brands, and the descriptions they use.

The following features/descriptions could be used in the survey:

(A) **Flavoring Source** – The source of flavoring used in the carbonated soft drink as stated on the label or outer packaging:

- 100% Natural Flavors
- Natural and Artificial Flavors
- No Flavoring Source Claim

(B) **Package Size** – Typical size of the carbonated soft drink packaging

- 7.5 oz can
- 12 oz can
- 16 oz bottle
- 20 oz bottle

(C) **Drink Type** – Whether the product is a diet or regular drink

- Regular
- Diet
- Sugar

(D) **Flavor** – Type of flavor of the carbonated soft drink

- Lemon-Lime
- Orange
- Cola
- Cherry

(E) **Brand** – Brand name on the packaging

- Sprite
- Fanta
- Pepsi
- Dr. Pepper

**3. Sample and pre-testing**

My goal is to collect data from 500 adult consumers or shoppers of carbonated soft drinks from the state of California.

Respondents would be screened out if they have not purchased carbonated soft drinks from a grocery store or supermarket within the past 30 days. Respondents would also be screened out if, in the past 90 days, they had taken a survey relating to food & beverage or food/ grocery retailer. It is best to screen out these respondents as they may remember similar information from a previous survey that could bias their answers. Respondents would also be screened out if they did not commit to giving their best efforts in the study.

Pretests would be collected from 5-10 respondents before starting the online data collection. The pretests would be conducted to assess whether respondents understand the instructions and all the definitions provided are clear. The pretest interviews would be conducted by recruiting respondents via phone and inviting them to complete the survey and provide feedback on the flow of the survey as well as understandability of the survey. Optimal Strategix Group uses moderators who are well trained to complete pretests and complete this work according to standard practices. Staff at Optimal Strategix Group, Inc. routinely conduct pretests for other commercial studies and follow the same high standards in quality while completing the pretests.

**4. Survey**

As part of the survey, I will collect basic demographic information from each respondent (gender, age, race, income etc.).

The respondents would be asked about their next carbonated soft drink purchase and to select the brand of carbonated soft drink they would consider for purchase. The

respondents would answer a "likelihood of purchase" question regarding the likelihood the respondent's next carbonated soft drink purchase would be one of the brands they have chosen in the previous question (Sprite, Pepsi etc.). This question would be a "constant-sum," where the likelihoods of purchase should add to 100 across the options. The current value of total across the options would be displayed. If the respondent proceeded to the next question and the total was not equal to 100, he/she would be stopped and told how many more points remain, or how many points needed to be taken away from the current allocations to get to the total of 100. After this, respondents would be asked a question regarding how much they expect to pay for their next carbonated soft drink based on the size of the package or drink. The price point that they chose would be piped into the assumptions that they see before the Choice-Based Conjoint exercise.

The Choice-Based Conjoint analysis (CBC)[24] part of the survey would ask the respondent to choose one of four options presented in each of 15 choice sets. Each option would be described by its level on each of the four distractor attributes, the attribute of interest, and price discount. The choice sets chosen by CBC would vary across respondents. The order of presentation of attributes will be randomized across respondents, but the order will be fixed across choice sets for each respondent. Prior to the choice sets, the following instructions would be provided:

Please assume that you are in the process of purchasing a carbonated soft drink.

For the purpose of this exercise, please keep the following in mind:

- You are planning to purchase a carbonated soft drink for yourself

[24] The CBC is licensed software from Sawtooth Software, Inc. "Randomized Design (Balanced Overlap)" was the method used to determine the choice sets administered to respondents.

- They all come with all other features of carbonated soft drinks
- When you make each choice, you will be given the option of either choosing the carbonated soft drink with the set of features for a package price or to buy a different product. But keep in mind, since the choices you see are your only options from the brand of your choice, if you do not choose any of the options that means you will not buy the product from this brand.

**Keeping these assumptions in mind**, from the choices below, **please select the carbonated soft drink that you would most likely purchase**.

* * * *

### 5. Analysis of survey and method to calculate results

Optimal Strategix Group will provide a description of the total number of invites sent out, number of invites that were clicked on the link to attempt to complete the survey, and of those that attempted to complete the survey, how many respondents were screened out for each question that could terminate a respondent. This will provide a description of how many invites started and how many total respondents completed the survey.

An appropriate statistical technique or analytical approach will be used to model respondents' preferences and calculate the incremental amount consumers are willing to pay for a carbonated soft drink that contains 100% natural flavors compared to an otherwise identical drink that does not. The statistical technique or analytical approach ultimately used will be a generally accepted method for modeling respondents' preferences in a conjoint analysis.

## VI. CONCLUSION

Based on the survey conducted under my direction and design, I make the following conclusions:

1. **The use of 100% natural flavors in carbonated beverages is material to consumers' purchasing decisions.** Specifically, the results show that 93.5% of consumers consider the use of 100% natural flavors to be important to their purchasing decision.

2. **The inclusion of the "100% Natural Flavors" claim on Coca-Cola's carbonated soft drink labels is a significant factor in consumer purchasing decisions.** Among the respondents referenced above, 100% regard the inclusion of the "100% Natural Flavors" claim on the label itself to be important to their decision to purchase.

3. **Consumers perceive a connection between the "100% Natural Flavors" stated claim on Coca-Cola's product labels and the actual use of natural flavors, including that all of the ingredients which influence flavor are natural.** Most believe—approximately 82.4% of respondents—that 100% of the ingredients contributing to the flavor of Sprite products are from natural sources. Further, an average of approximately 79.3% of respondents indicated they believe that 100% of the ingredients contributing to the flavor of Fanta products are from natural sources, with an overwhelming majority of those respondents attributing this belief to the label's "100% Natural Flavors" statement, "Naturally Flavored" statement, or both statements appearing on the label.

* * * *

Taken together, the results of the consumer perception and materiality survey demonstrate that the "100% Natural Flavors" claim on Coca-Cola's beverage labels is

both material to consumers' purchasing decisions and understood by consumers as a factual representation of the actual ingredients used in the products that influence the favor of the products.

The conjoint analysis methodology, if used, will provide a scientifically rigorous value per unit reflecting the incremental amount consumers are willing to pay for carbonated soft drinks containing 100% natural flavors (based on “100% Natural Flavors” or “100% naturally flavored” claims) compared to substantially similar soft drinks that do not. The methodology employs accepted principles in the field of consumer research, and the results from the conjoint analysis enable a common approach that can be used by Plaintiff's economist to determine the total overpayment per unit for the products at issue.

This report contains a complete statement of the opinions I have formed to date regarding both the consumer perception and materiality survey and the conjoint analysis methodology, the bases and reasons for those opinions, and the facts and data I have considered thus far. It also includes my qualifications, a list of my publications within the past ten years, a list of all cases in which I have testified at trial or by deposition during the previous four years, and a statement of my compensation. All opinions expressed herein are my own, offered to a reasonable degree of professional and scientific certainty, and based on the materials and information identified in this report. I understand that this report is being provided at the class certification stage, and I will supplement this report after conducting the conjoint survey to the extent it is conducted at the merits stage of the case.

R. Sukumar, Ph.D.

Date: June 24, 2026

# APPENDIX A

## R. SUKUMAR, PH.D.

Home: 2 Tomlyn Drive, Princeton, NJ 08540
P: (609) 430-0986

Office: 3070 Bristol Pike, Suite 1-215 | Bensalem, PA 19020
P: (215) 867-1881
C: (609) 356-4551
E: r.sukumar@optimalstrategix.com

**Education**

1991 *Ph.D. in Business Administration*
Joseph M. Katz Graduate School of Business
University of Pittsburgh, Pittsburgh, Pennsylvania.
Major: Marketing (Stochastic Parameter Model to Understand Price and Promotion Effectiveness)

1990 *Master of Business Administration*
Joseph M. Katz Graduate School of Business
University of Pittsburgh, Pittsburgh, Pennsylvania.
Major: Marketing

1985 *Bachelor of Technology (Hons.)*
Indian Institute of Technology, Kharagpur, India
Major: Mechanical Engineering

**Experience**

Q2008- Chief Executive Officer, Optimal Strategix Group, Inc., a technology led, strategic market research, insights, analytics, and marketing consulting company focused on delivering intelligent growth for Global 2000 companies through customer centred marketing.

Fall 2008 Visiting Professor, City University of New York, Baruch College

2006-2007 Visiting Associate Professor of Marketing, Rutgers Business School, State University of New Jersey, New Brunswick, NJ

2005-2006 Visiting Professor of Marketing, Robert H. Smith Graduate School of Business, University of Maryland, College Park, Maryland

2001-2005 Professor of World Business, Thunderbird,

Sam Garvin International School of Management, Glendale, Arizona
Courses taught – Data Analysis, Global Product Development, Analysis for Strategic Marketing, EMBA – Data Analysis in Taipei – Teacher Effectiveness Index from 4.3 to 4.8 on 5.0

Taught in the MBA and Executive MBA programs and Executive Education Programs. Rated the best professor in Marketing; top three in the Business School Associate Director – Thunderbird Corporate Consulting Program. Consulted with GM, Ford, J & J, among others.

1999-2001 Associate Professor of Marketing, Jones Graduate School of Management
Rice University
Taught in the MBA and the Executive MBA programs
Rated in the top three professors in the Business School

2002-03 Associate Dean for Academic Programs, The Indian School of Business
ISB is founded by partner schools Northwestern University, Kellogg Graduate School of Management; University of Pennsylvania, Wharton School of Management and London School of Business.

1990-99 Assistant Professor – Marketing & Entrepreneurship, C. T. Bauer College of Business, University of Houston.

Taught in undergraduate, graduate (MBA and Ph.D.) and Executive MBA programs
Received Distinguished EMBA Faculty Award, 1999.
Received Halliburton Excellence Award for Teaching and Service, 1996-97.

1997-2004 Vice President - Marketing Sciences, IPSOS-Insight, New York, NY (first started with the NPD Group, Inc., custom business was acquired in 2001 by IPSOS).
Role involves conducting advanced analytics, product development, conducting workshops, internal teaching, client support and research and development of new analytical tools.

Also taught at the City University of Hong Kong, Hong Kong courses on Global Product Development, Marketing Management, and Marketing Research

**Teaching & Workshops**

Core course in Marketing Management, Market Research and Marketing Strategy
MBA electives in Business-to-Business Marketing, Database Marketing, Data Mining, and New Product Development

Executive MBA courses in Marketing Management and Advanced Marketing Strategy.

Taught in the Executive Certification Program in E-Commerce Management at the C. T. Bauer College of Business, University of Houston.

Conducted Workshop on Survey Research Methods at the Advanced Research Techniques Conference in Aspen, Colorado (June 1998).

Chaired two Executive workshops on "Improving the New Product Development Process: Lessons from Experts" (June 1994 and May 1995)

Chair of Executive Program on "Customer-Driven Technology New Product Development: Increasing Profits and Managing Risk through Market Research." (January 17-18, 1996)

Conducted three-week course on "Managing Markets" for executives from Deutsche

Telekom, Germany (October 1996)

Taught executives from Deutsche Telekom, Germany (June 1997, September 1997), from China's PetroChina (China National Petroleum Corporation) (September 1999, June 2000, September 2000).

**Research Experience**

*Articles*

"Heuristics for Product-Line Selection using Conjoint Analysis," Management Science, December 1990, Vol 36, Number 12, p. 1464-1478 (with Professor Rajeev Kohli).

"Measuring Marketing Mix Effects in the Video-Game Console Market" with Pradeep Chintagunta and Harikesh Nair (forthcoming Journal of Applied Econometrics, October 2006)

"Data Mining," in Handbook of Marketing Research, 2006 (editors, Rajiv Grover and Marco Vriens)

*Research Interests*

New Product (service) innovation, Market segmentation, brand loyalty, pricing, database marketing, data mining, market structure analyses.

Presented at several conferences and workshops. Most recent presentation: "Effects of Service Failure and Service Recovery on Customer Life Time Value," a joint MSI/Yale University Conference (December 2004)

Presented conference papers at Marketing Science Conferences (INFORMS).
Currently, working in the area of Hierarchical Bayesian approaches to Market Segmentation based on information search criteria

*Other Research Experience*

Served as a Reviewer for a number of manuscripts submitted for publication to journals published by the American Marketing Association, INFORMS.

Reviewer for manuscripts submitted to Management Science, Journal of Marketing Research and Journal of Advertising.

*Dissertation Committees*

Ms. Charu Prakash (co-chair), Ms. V. Satya (co-chair)
Kiran Karande (member), John Gaskins (member), Rajagopal Echambadi (member), Rosalind Wyatt (member)
Rama Pakala (member, Mechanical Engineering, Master's thesis)
Shantanu Swadi (member, Mechanical Engineering, Master's thesis)

**Recent Consulting Experience Over Last Four Years**

Janssen Pharmaceuticals, A Johnson and Johnson Company

- Consulted on the topics of drug development for breast and prostate cancer, Rheumatoid Arthritis, diabetes, and Psoriasis

Johnson and Johnson Medical Devices, A Johnson and Johnson Company

- Consulted on the topics of growth through creating differentiation and improving access to innovative technology medical devices in public sector markets in Brazil and Mexico and customer willingness to pay for these products.

Johnson and Johnson Consumer Products Company

- Consulted on creating an innovation pipeline using market research methods in consumer products in the areas of products for sleeplessness, hair thinning, oral care, beauty products, and vision care

Becton Dickinson (BD)

- Consulted on using best in class understanding of customer choice models and customer willingness to pay to help with designing and developing new products in a number of high technology medical devices and diagnostics including in blood draw sharps, diabetes care, catheters, instruments for flow cytometry, and near patient testing.

**Professional Affiliations**

American Marketing Association, American Statistical Association, INFORMS
American Economic Association
American Psychometric Society
American Statistical Association
Econometric Society
European Marketing Association
Product Development and Management Association
President, South Central Chapter of the Product Development and Management Association. (1995-1997). Active member and Director of the Board for the Phoenix Chapter of the PDMA (1998-2004)

**<u>Prior Testimony and Other Expert Witness Work</u>**

- *Nomadix, Inc. v. Hewlett-Packard Company et al.,* No. 2:09-cv-08441 (C.D. Cal.)
- *Apple Inc. v. Samsung Electronics Co., Ltd.*, No. 5:11-cv-01846 (N.D. Ca
- *Microsoft Corp. v. Motorola, Inc., Motorola Mobility, Inc.*, and General Instrument Corp., No. 2:10-cv-01823 (W.D. Wash.)
- *SimpleAir, Inc. v. Google Inc. and YouTube LLC*, No. 2:16-cv-00488-JRG (E.D. Tex., Marshall Div.)
- *Mirror Worlds Technologies, LLC v. Apple Inc.*, et al., No. 6:13-cv-00419 (E.D. Tex., Tyler Div.)
- *Charlene Dzielak v. Whirlpool Corp., et al.*, No. 2:12-cv-00089 (D.N.J.)
- *In re Scotts EZ Seed Litigation (includes plaintiff Michael Arcuri)*, No. 12-cv-4727 (S.D.N.Y.)
- *Elizabeth Callaway, et al. v. Mercedes-Benz USA, LLC*, No. 8:14-cv-02011 (C.D. Cal.)
- *CyWee Group Ltd. v. Apple Inc.*, No. 4:14-cv-01853 (N.D. Cal.)
- *Anthony Shamrell and Daryl Rysdyk, et al. v. Apple Inc.*, No. 37-2013-00055830-CU-PL-CTL (Cal. Super. Ct., San Diego Cnty.)
- *Allen Wiseley (a/k/a "Wisely") et al. v. Combe Incorporated, et al.*, No. 37-2016-00039671-CU-BT-CTL (Cal. Super. Ct., San Diego Cnty.)
- *Estech Systems IP, LLC v. Mitel Networks, Inc.*, No. 2:21-cv-00473 (E.D. Tex., Marshall Div.)
- *Multimedia Technologies Pte. Ltd. v. LG Electronics Inc. and LG Electronics U.S.A., Inc.,* No. 2:22-cv-00494-JRG-RSP (E.D. Tex.)
- *Multimedia Technologies Pte. Ltd. v. Vizio, Inc.,* No. 2:23-cv-00124-JRG-RSP (E.D. Tex.)

# APPENDIX B

**Introduction**

Thank you for taking part in our survey today.

We will begin by asking a few questions to ensure you meet the criteria to participate in this market research study. If you meet the criteria, you will be invited to participate in a 10-minute online survey.

Please click **'Next' (>>)** to continue...

Next »

Are you or any of your family members currently employed or were previously employed by or under contract with any of the following?

*(Please select all that apply)*

- ☐ Beauty or cosmetic products manufacturer
- ☐ Automobile manufacturer
- ☐ Personal computers (including laptops or desktops) manufacturer
- ☐ Consumer electronics/appliances manufacturer
- ☐ Food & Beverage Manufacturer
- ☐ Food / Grocery Retailer
- ☐ Home cleaning services
- ☐ Internet service providers
- ☐ A marketing or market research department/company
- ☐ An advertising agency
- ☐ I don't know / I'm not sure
- ☐ None of the above

Next »

In the past 90 days, have you participated in any other market research study including but not limited to focus groups, interviews, surveys, etc. on any of the following topics?

*(Please select all that apply)*

- ☐ Automotive
- ☐ Personal computers (including laptops or desktops)
- ☐ Consumer electronics/appliances
- ☐ Beauty or Cosmetic Products
- ☐ Food & Beverage
- ☐ Food / Grocery Retailer
- ☐ Home cleaning services
- ☐ Internet service providers
- ☐ I don't know / I'm not sure
- ☐ None of the above

Next »

Gender: How do you identify?

*(Please select one)*

- Man
- Woman
- Non-Binary
- Prefer to self-describe
- Prefer not to answer

Next »

What is your age?

*(Please select one)*

- Under 18
- 18-24
- 25-34
- 35-44
- 45-54
- 55-64
- 65 and above
- Prefer not to answer

Next »

Are you of Hispanic, Latino or Spanish origin?

*(Please select one)*

- ◯ Yes
- ◯ No

Next »

Which of the following best describes your race?

*(Please select one)*

- ◯ American Indian or Alaskan Native / Pacific Islander
- ◯ White / Caucasian
- ◯ Black / African American
- ◯ Asian
- ◯ Two or more
- ◯ Other
- ◯ Prefer not to answer

Next »

What is your marital status?

*(Please select one)*

- ◯ Single
- ◯ Married
- ◯ Not married but living with significant other
- ◯ Divorced
- ◯ Separated
- ◯ Widowed
- ◯ Prefer not to answer

Next »

What is your highest education qualification?

*(Please select one)*

- ◯ Master's degree
- ◯ High school diploma or equivalent (including GED)
- ◯ Bachelor's degree (4-year)
- ◯ Doctoral degree
- ◯ Associate degree (2-year)
- ◯ Some college (no degree)
- ◯ Less than a high school diploma
- ◯ Technical certification
- ◯ Professional degree (JD, MD)
- ◯ Other (please specify) ________
- ◯ Prefer not to answer

Next »

What is your current employment status?

*(Please select one)*

- ◯ Employed full-time
- ◯ Not employed, not looking for opportunities
- ◯ Not employed, looking for opportunities
- ◯ Employed part-time
- ◯ Self-employed
- ◯ Retired
- ◯ Prefer not to answer

Next »

Which of the following range includes your total annual household income before taxes?

*(Please select one)*

- Below $25,000
- $25,000 or more but less than $35,000
- $35,000 or more but less than $50,000
- $50,000 or more but less than $75,000
- $75,000 or more but less than $100,000
- $100,000 or more but less than $150,000
- $150,000 or more but less than $200,000
- $200,000 and above
- I don't know / Not sure
- Prefer not to answer

Next »

In which state do you reside?

*(Please select one)*

Select one...

Next »

In the past 30 days, have you personally purchased any of the following carbonated soft drinks (CSDs)?

*Carbonated Soft Drinks (CSDs): Fizzy, non-alcoholic beverages with flavoring (e.g., Coca-Cola, Pepsi, Sprite, Dr Pepper, etc.)*

*(Please select all that apply)*

- [ ] Mountain Dew
- [ ] Canada Dry
- [ ] Sunkist
- [ ] Sprite
- [ ] Poppi
- [ ] Fanta
- [ ] Dr Pepper
- [ ] Slice
- [ ] Coca-Cola
- [ ] Olipop
- [ ] Crush
- [ ] RC Cola
- [ ] Fresca
- [ ] 7UP
- [ ] Pepsi
- [ ] Other (Please specify) ________
- [ ] None of the above

Next »

How do you typically buy carbonated soft drinks (CSDs) for yourself?

*(Please select all that apply)*

- [ ] Online
- [ ] In-person
- [ ] Other (Please specify) ________

Next »

**Confidentiality Agreement**

I understand that I am being asked to participate in a market research study and that my participation is voluntary. I understand that I will be presented with information during the research which may or may not be factual or true and that I may be asked to accept certain representations or make certain assumptions about new products or new labeling to answer various questions for the market research study.

I acknowledge that I may receive information during the market research study which is confidential information belonging to the study sponsor. I agree that I will not disclose or use this confidential information, nor discuss with any party any of the information with which I have been provided or been made aware in connection with my participation in this market research study. The term of this non-disclosure will continue until such time, if ever, the information becomes publicly available.

I understand that I will be expected to provide honest feedback during the survey. I acknowledge and agree that the market research agency and the study sponsor will have access to my feedback for purposes related to the study objective. I understand that the market research agency and the study sponsor will not disclose any confidential information I provide.

- I Agree
- I Disagree

Next »

**Thank you for your responses so far. In the questions that follow, we would like to gather your opinion on labels for carbonated soft drinks (CSDs).**

Next »

When deciding to purchase carbonated soft drinks, different product characteristics may be important to you.

Please allocate 100 points across the following attributes based on their importance in your purchasing decision.

*(Attributes that are more important to you should receive more points. The total must equal exactly 100 points.)*

| | **Importance** (in Points) |
|---|---|
| Flavor | 0 |
| Packaging | 0 |
| Size/volume | 0 |
| Calorie content per serving | 0 |
| 100% natural flavors | 0 |
| Reputation of the brand | 0 |
| Price | 0 |
| Caffeine free | 0 |
| Others (please specify) | |
| | Total: 0 |

Next »

You mentioned that 100% natural flavors is important in your purchasing decision for carbonated soft drinks.

Please indicate below how important it is to you that a carbonated soft drink's label clearly communicates whether all of the flavors are from natural sources?

*(Please select one)*

| | **1 = Not Important at All** | **2 = Slightly Important** | **3 = Moderately Important** | **4 = Very Important** | **5 = Extremely Important** |
|---|---|---|---|---|---|
| Importance of the carbonated soft drink being made with 100% natural flavors | ○ | ○ | ○ | ○ | ○ |

Next »

Please carefully review the labels below for a pack of ten 7.5 FL OZ (222 ml each) carbonated soft drink cans and answer the following question.

*Tap or click on the image to zoom in for a closer look*




Based only on what you saw on the label shown above, do you believe that 100% of the ingredients contributing to the flavor are from natural sources?

*(Please select one)*

◯ Yes

◯ No

Next »

Please carefully review the labels below for a pack of ten 7.5 FL OZ (222 ml each) carbonated soft drink cans and answer the following question.

*Tap or click on the image to zoom in for a closer look*




You indicated that you believe 100% of the ingredients contributing to the flavor are from natural sources. What specifically on the label above led you to that belief?

*(Please select one)*

◯ The label stated "100% Natural Flavors"

◯ Something else on the label (please specify) ________

Please carefully review the labels below for a pack of ten 7.5 FL OZ (222 ml each) carbonated soft drink cans and answer the following question.

*Tap or click on the image to zoom in for a closer look*




Based only on what you saw on the label shown above, do you believe that 100% of the ingredients contributing to the flavor are from natural sources?

*(Please select one)*

◯ Yes

◯ No

Next »

Please carefully review the labels below for a pack of ten 7.5 FL OZ (222 ml each) carbonated soft drink cans and answer the following question.

*Tap or click on the image to zoom in for a closer look*




You indicated that you believe 100% of the ingredients contributing to the flavor are from natural sources. What specifically on the label above led you to that belief?

*(Please select one)*

- The label stated "100% Natural Flavors"
- The label stated "Naturally Flavored"
- Both "100% Natural Flavors" and "Naturally Flavored"
- Something else on the label (please specify)

---

Please carefully review the following label below for a 20 FL OZ (591 ml) carbonated soft drink bottle and answer the following question.

*Tap or click on the image to zoom in for a closer look*




Based only on what you saw on the label shown above, do you believe that 100% of the ingredients contributing to the flavor are from natural sources?

*(Please select one)*

- Yes
- No

---

Please carefully review the following label below for a 20 FL OZ (591 ml) carbonated soft drink bottle and answer the following question.

*Tap or click on the image to zoom in for a closer look*




You indicated that you believe 100% of the ingredients contributing to the flavor are from natural sources. What specifically on the label above led you to that belief?

*(Please select one)*

- The label stated "100% Natural Flavors"
- Something else on the label (please specify)

Please carefully review the following label below for a 20 FL OZ (591 ml) carbonated soft drink bottle and answer the following question.

*Tap or click on the image to zoom in for a closer look*




Based only on what you saw on the label shown above, do you believe that 100% of the ingredients contributing to the flavor are from natural sources?

*(Please select one)*

- Yes
- No

Please carefully review the following label below for a 20 FL OZ (591 ml) carbonated soft drink bottle and answer the following question.

*Tap or click on the image to zoom in for a closer look*




You indicated that you believe 100% of the ingredients contributing to the flavor are from natural sources. What specifically on the label above led you to that belief?

*(Please select one)*

- The label stated "100% Natural Flavors"
- The label stated "Naturally Flavored"
- Both "100% Natural Flavors" and "Naturally Flavored"
- Something else on the label (please specify)

Survey Completed - Thank You

Thank you for your participation. This completes the survey.