**PATTERSON BELKNAP WEBB & TYLER LLP**
Steven A. Zalesin (*pro hac vice*)
sazalesin@pbwt.com
Dakotah Burns (*pro hac vice*)
dburns@pbwt.com
Faust Petkovich (*pro hac vice*)
fpetkovich@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: 212-336-2000
Facsimile: 212-336-2222

**DLA PIPER LLP (US)**
Tanya L. Greene, Cal Bar No. 267975
tanya.greene@us.dlapiper.com
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Telephone: 310-595-3000
Facsimile: 310-595-3300

Attorneys for Defendant
*The Coca-Cola Company*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA PALMER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | Case No. 25-CV-4777<br><br>**DECLARATION OF STEVEN A. ZALESIN IN SUPPORT OF THE COCA-COLA COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: October 1, 2026<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu |

# DECLARATION OF STEVEN A. ZALESIN

I, Steven A. Zalesin, declare as follows:

1. I am a member in good standing of the bar of the State of New York, and my *pro hac vice* application to this Court was granted on June 18, 2025. (Dkt. No. 17.) I am a member of Patterson Belknap Webb & Tyler LLP, counsel for The Coca-Cola Company ("Coca-Cola") in this action. I submit this declaration on personal knowledge in support of Coca-Cola's Opposition to Plaintiff's Motion for Class Certification.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript from the deposition of Plaintiff Victoria Palmer, dated April 15, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a compilation of labels for certain Coca-Cola Sprite® and Fanta® beverage products, which were produced in this matter as TCCC_0000086, TCCC_0000091, TCCC_0000107, TCCC_0000108, TCCC_0000111, TCCC_0000121, TCCC_0000122, and TCCC_0000123.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript from the deposition of Plaintiff's son, non-party Matthew Palmer, dated June 30, 2026.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a text message exchange between Matthew Palmer and Ali Reza Sadrarhami, Esq., a partner at the Kazerouni Law Group, dated April 30, 2025, which was produced by Plaintiff in this litigation as MATT_PALMER008 and converted by Coca-Cola from .PNG to .pdf format.

6. Attached hereto as **Exhibit 5** is a placeholder exhibit slipsheet for a true and correct copy of a compilation of letters provided by Coca-Cola's suppliers of citric acid and citrate salts, which were produced in this matter as TCCC_0000002, TCCC_0000003, TCCC_0000004, TCCC_0000005, TCCC_0000006,

TCCC_0000007, TCCC_0000008, TCCC_0000009, TCCC_0000010, TCCC_0000011, TCCC_0000081, TCCC_0000082, TCCC_0000083, and TCCC_0000084. Because these documents have been all been designated Highly Confidential – Attorneys' Eyes Only, Coca-Cola is filing the complete exhibit separately as a proposed sealed document in connection with its application to file certain documents under seal.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript from the deposition of Plaintiff's proffered Dr. Ramamithram Sukumar, dated August 6, 2026.

8. Attached hereto as **Exhibit 7** is a placeholder exhibit slipsheet for a true and correct copy of a document produced by Coca-Cola in this matter as TCCC_0000159 to TCCC_0000160. Because this document has been designated as Confidential, Coca-Cola is filing the complete exhibit separately as a proposed sealed document in connection with its application to file certain documents under seal.

9. Attached hereto as **Exhibit 8** is a true and correct copy of is a true and correct copy of the transcript from the deposition of Plaintiff's proffered expert Dr. Stephen F. Hamilton, dated August 7, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 20, 2026

By: */s/ Steven A. Zalesin*
Steven A. Zalesin