# EXHIBIT 4


be some obscure health soda,
fanta. Even says "100% natural
right?
8:11
5G
MP
Matt
Apr 30, 2025 at 2:07 PM
Dude you're fucking kidding me?! We actually are preparing to file a case against Pepsi AND Coke for that shit (coke owns sprite and Fanta)! We're literally looking for a client as we speak lmao
Do me a favor
Can you send me your mom's proof of purchase via email to Ali@kazlg.com?
Whether it's a paper receipt, amazon order, target order online, whatever it is
And then also just a picture of the actual soda bottle (or box if she got cans). All sides of it so we can see what the labels and claims say
once you do, I'll go ahead and send your mom a representation agreement if she wants to be a class representative for this
Text Message • RCS