# EXHIBIT 5
# DOCUMENT PROPOSED TO BE FILED UNDER SEAL