**PATTERSON BELKNAP WEBB & TYLER LLP**
Steven A. Zalesin (*pro hac vice*)
sazalesin@pbwt.com
Dakotah Burns (*pro hac vice*)
dburns@pbwt.com
Faust Petkovich (*pro hac vice*)
fpetkovich@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: 212-336-2000
Facsimile: 212-336-2222

**DLA PIPER LLP (US)**
Tanya L. Greene, Cal Bar No. 267975
tanya.greene@us.dlapiper.com
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Telephone: 310-595-3000
Facsimile: 310-595-3300

Attorneys for Defendant
*The Coca-Cola Company*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA PALMER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | Case No. 2:25-cv-04777-GW-CTS<br><br>**DECLARATION OF STEVEN A. ZALESIN IN SUPPORT OF THE COCA-COLA COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE**<br><br>Hearing Date: October 1, 2026<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu |

**DECLARATION OF STEVEN A. ZALESIN**

I, Steven A. Zalesin, declare as follows:

1. I am a member in good standing of the bar of the State of New York, and my *pro hac vice* application to this Court was granted on June 18, 2025. (ECF No. 17.) I am a member of Patterson Belknap Webb & Tyler LLP, counsel for The Coca-Cola Company ("Coca-Cola") in this action. I submit this declaration on personal knowledge in support of Coca-Cola's Opposition to Plaintiff's Motion to Exclude Evidence.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Faust Petkovich, counsel for Coca-Cola, to counsel for Plaintiff in this matter, dated April 8, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Victoria Palmer's First Set of Requests for Production to Coca-Cola, dated February 9, 2026.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter from Jason Ibey, counsel for Plaintiff, to counsel for Coca-Cola in this matter, dated April 7, 2026.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' Notice of Taking Deposition of Defendant the Coca-Cola Company's Representative(s) Pursuant to Fed. R. Civ. P. 30(b)(6), dated April 16, 2026.

6. Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence exchanged by counsel for Coca-Cola and Jason Ibey, counsel for Plaintiff in this matter, from May 22 to May 28, 2026.

7. Attached hereto as **Exhibit 6** is a true and correct copy of email correspondence exchanged by Dakotah Burns, counsel for Coca-Cola, and Jason Ibey, counsel for Plaintiff in this matter, from August 21 to August 26, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 10, 2026

By: */s/ Steven A. Zalesin*
Steven A. Zalesin