**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Victoria Palmer*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**VICTORIA PALMER, SUE KIM, and, IVAN ZERMENO, Individually and On Behalf of All Others Similarly Situated,**

**Plaintiffs,**

**v.**

**THE COCA-COLA COMPANY,**

**Defendant.**

**Case No.: 2:25-cv-04777-GW-CTS**

**DECLARATION OF GIL MELILI IN SUPPORT OF REPLY TO MOTION FOR CLASS CERTIFICATION**



KAZEROUNI LAW GROUP, APC

KAZEROUNI LAW GROUP, APC

I, GIL MELILI, declare:

1. I am one of the attorneys for the plaintiff Victoria Palmer ("Plaintiff") in this action against defendant The Coca-Cola Company ("Defendant").
2. I was admitted to the State Bar of California on May 20, 2021, and have been a member in good standing ever since that time. I have litigated cases in both state and federal courts in California. I am admitted in every federal district court in California and also in the Northern District of Illinois and the Ninth Circuit Court of Appeals.
3. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief, and as to such matters, I am informed and believe that they are true and correct.
4. I am an associate at Kazerouni Law Group, APC, and my practice primarily involves consumer class action litigation.
5. I am writing this reply declaration in support of Plaintiff's Motion for Class Certification.
6. Plaintiff's initial Complaint in this matter was filed on May 27, 2025. Plaintiff was provided with multiple drafts of the initial Complaint to review before filing. On May 23, 2025, I had a phone call with Plaintiff to discuss and review a draft of the initial Complaint. Plaintiff then received and later approved a final draft of the initial Complaint, after my office made edits requested by Plaintiff.
7. Plaintiff's First Amended Complaint in this matter was filed on March 12, 2026. Based on my conversations with Plaintiff, I understand that she reviewed and approved the final draft of the First Amended Complaint on or about March 11, 2026. Attached hereto as **Exhibit A** is a document that I have prepared using the "Compare Documents" feature in Microsoft Word,

showing the differences between the initial Complaint and the First Amended Complaint.

8. On April 15, 2026, I defended Plaintiff's in-person deposition in Century City, California. That deposition started at approximately 10:14 a.m. PT and concluded at approximately 3:08 p.m. PT that same day.

9. On June 30, 2026, I defended the in-person deposition of Plaintiff's son, Mr. Matthew Palmer, in Century City, California. That deposition started at approximately 9:23 a.m. PT and concluded at approximately 11:34 a.m. PT that same day. Attached hereto as **Exhibit B** is a true and correct copy of excerpts to Matthew Palmer's deposition transcript.

10. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration on Behalf of CVS Pharmacy, Inc. Re: Evidence Preservation, which is signed under penalty of perjury by Therese Switzer of CVS Pharmacy, Inc. on July 8, 2026. I received the attached declaration from counsel for CVS Pharmacy, Inc. by email on July 15, 2026, at approximately 9:32 a.m. PT, and sent the same to counsel for Defendant by email that same day at 5:00 p.m. PT.

11. Attached hereto as **Exhibit D** is a true and correct copy of a .pdf version of the Amazon.com webpage for "7-Up®, 12 Oz., Case of 24," which I accessed through the link https://www.amazon.com/dp/B005JCBUDU?lv=shuf&social…=&channelId=751&ref_=cm_sw_r_cp_ud_dp_T0JN8JDS9SG2R3B0JMXR&plpRedirect=mhFallback&th=1 using my desktop on March 31, 2025.

I declare under penalty of perjury that the foregoing is true and correct, executed on September 17, 2026, pursuant to the laws of the United States of America, at Simi Valley, California.

/s/ Gil Melili
Gil Melili