# Exhibit C

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA PALMER, SUE KIM, and IVAN ZERMENO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>Defendant. | Case No.: 2:25-cv-04777-GW (AGRx)<br><br>**DECLARATION ON BEHALF OF CVS PHARMACY, INC. RE: EVIDENCE PRESERVATION** |

I, Therese Switzer, declare:

1. I am over the age of 18 years. I am a Litigation Paralegal, employed by CVS Pharmacy, Inc. My responsibilities include investigating, responding to, and managing subpoenas, evidence preservation requests, and other legal matters involving or directed to CVS Pharmacy, Inc. I make this declaration based on my knowledge gained as an employee of CVS Pharmacy, Inc., information collection by other CVS Pharmacy, Inc. employees and made available to me, and through my review of CVS Pharmacy, Inc.'s records kept, maintained, and relied upon in the ordinary course of business.
2. On or about February 28, 2026, CVS Pharmacy, Inc. received an evidence preservation notice from Plaintiff's counsel in the above-captioned matter, dated February 26, 2026, directed to CVS Pharmacy, Inc.
3. In response to Plaintiff's evidence preservation notice, CVS Pharmacy, Inc. has and is maintaining consumer sales information for Sprite and Fanta brand beverage products sold in the State of California between May 27, 2021, and May 27, 2025, including available customer contact information for such sales where made either online at www.cvs.com or in-store where associated with the ExtraCare® and ExtraCare Plus® customer loyalty program.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on July 8, 2026.

By: *Therese Switzer*

NAME