Vinesign Document ID: 1D7C8A3C-0285-4BDA-A24B-81989CCCC5FB


**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gil Melili, Esq. (SBN: 337116)
gil@kazlg.com
245 Fischer Ave., Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Victoria Palmer*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTORIA PALMER, SUE KIM, IVAN ZERMENO, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE COCA-COLA COMPANY,**<br><br>**Defendant.** | Case No.: 2:25-cv-04777-GW (CTSx)<br><br>**REPLY DECLARATION OF VICTORIA PALMER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |



The signed document can be validated at https://app.vinesign.com/Verify

I, VICTORIA PALMER, declare:

1. I am a named Plaintiff in this proposed class action against Defendant The Coca-Cola Company ("Coca-Cola" or "Defendant"). If called as a witness, I would competently testify to the matters herein from personal knowledge.
2. I submit this reply declaration in support of the Motion for Class Certification.
3. I reviewed a draft of my initial Complaint against Coca-Cola before it was filed by my attorneys.
4. After I reviewed the draft of the initial Complaint, I had a call with one of my attorneys on May 23, 2025. During that call, I recommended some changes be made to the draft.
5. I approved the final draft initial Complaint for filing after having reviewed my attorneys' changes.
6. Since I first communicated with attorneys about my claim against Coca-Cola, I have been in regular contact with my attorneys and have spent several hours of my time assisting my attorneys with the lawsuit.
7. My deposition on April 15, 2026, lasted several hours. I attended that deposition in person.
8. During that deposition, I was asked why an amended Complaint was filed in my lawsuit against Coca-Cola. When I provided a response to that question, I did not remember at the time all of the reasons for the amended Complaint.
9. When I mentioned at my deposition that there were corrections to the initial Complaint, I was referring to correcting a date about when I "purchased" the Sprite and Fanta products from Amazon.com. That correction was to change the date of "April 28, 2025"[1] to "April 27, 2025." To make this correction, I

[1] April 28, 2025, was the date that the Amazon.com order was "shipped."

signed a declaration on March 11, 2026, which I understand was filed with the amended Complaint.

10. At my deposition, when I mentioned that I believed my son, Matthew Palmer, was added to the lawsuit, I was simply mistaken. Because my son has taken picture of the Sprite and Fanta sodas that I purchased from Amazon.com, I mistakenly thought that he ended up becoming part of the lawsuit. I now understand that my son has not been added to the lawsuit.

11. I am aware that Defendant took the deposition of my son, Matthew Palmer, relating to what he knows about my lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on 09/14/2026 at Northridge, California.

By: V E Palmer

Victoria Palmer